```
JAMES R. HOMOLA  #60244
Attorney at Law
2950 Mariposa Street, Ste. 250
Fresno, California 93721
Telephone: (559) 441-7111

Attorney for Defendant
SCOTT BRANDENBURG
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| UNITED STATES OF AMERICA, | CASE NO. CR-F 05-0278 OWW |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE |
| vs. | |
| SCOTT BRANDENBURG, | Date: Feb 27, 2006<br>Time: 1:30 pm |
| Defendant. | |

IT IS HEREBY STIPULATED between the parties through their respective counsel that they jointly request continuance of the status conference, currently scheduled for January 24, 2006, at 1:30 pm, to February 27, 2006, at 1:30 pm.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including, but not limited to, the need for the indicated period

**James R. Homola**
Attorney at Law
2950 Mariposa St
Suite 250
Fresno, CA 93721
(559) 441-7111

of time for effective preparation, pursuant to 18 USC §

3161(h)(8), subsections(A), (B)(i) and (B)(iv).

```
DATED: January 10, 2006          /S/ James R. Homola
                                 JAMES R. HOMOLA
                                 Attoney for Defendant
                                 SCOTT BRANDENBURG


                                 /s/ James R. Homola
                                 With consent of
DATED: January 10, 2006          /s/ David L. Gappa
                                 DAVID L. GAPPA
                                 Asst U.S. Attorney
                                 Attorney for Plaintiff
```

**ORDER**

IT IS SO ORDERED.  Time is hereby excluded, pursuant to 18 USC §

3161(h)(8), subsections(A), (B)(i) and (B)(iv).

```
DATED: January 12, 2006          /s/ OLIVER W. WANGER
                                 _____
                                 UNITED STATES DISTRICT JUDGE
```

**James R. Homola**
Attorney at Law
2950 Mariposa St
Suite 250
Fresno, CA 93721
(559) 441-7111

2