```
JAMES R. HOMOLA   #60244
Attorney at Law
2950 Mariposa Street, Ste. 250
Fresno, California 93721
Telephone: (559) 441-7111

Attorney for Defendant
SCOTT BRANDENBURG
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-F 05-0278 OWW |
| Plaintiff, | STIPULATION TO CONTINUE |
| vs. | |
| SCOTT BRANDENBURG, | Date: May 22, 2006<br>Time: 1:30 pm |
| Defendant. | |

IT IS HEREBY STIPULATED between the parties through their respective counsel that they jointly request continuance of the status conference, currently scheduled for May 22, 2006, at 1:30 pm, to June 26, 2006, at 1:30 pm.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including, but not limited to, the need for the indicated period

**James R. Homola**
Attorney at Law
2950 Mariposa St
Suite 250
Fresno, CA 93721
(559) 441-7111

```
 1  of time for effective preparation, pursuant to 18 USC §

 2  3161(h)(8), subsections(A), (B)(i) and (B)(iv).

 3  DATED: May 19, 2006            /S/ James R. Homola
                                   JAMES R. HOMOLA
 4                                 Attoney for Defendant
                                   SCOTT BRANDENBURG
 5

 6                                 /s/ James R. Homola
                                   With consent of
 7  DATED: May 19, 2006            /s/ David L. Gappa
                                   DAVID L. GAPPA
 8                                 Asst U.S. Attorney
                                   Attorney for Plaintiff
 9
```

10                              **ORDER**

11  IT IS SO ORDERED.  Time is hereby excluded, pursuant to 18 USC §

12  3161(h)(8), subsections(A), (B)(i) and (B)(iv).

13  IT IS SO ORDERED.

14  **Dated:   May 23, 2006**              **/s/ Oliver W. Wanger**
    emm0d6                                 UNITED STATES DISTRICT JUDGE
15

**James R. Homola**
Attorney at Law
2950 Mariposa St
Suite 250
Fresno, CA 93721
(559) 441-7111