JAMES R. HOMOLA  #60244
Attorney at Law
2950 Mariposa Street, Ste. 250
Fresno, California 93721
Telephone: (559) 441-7111

Attorney for Defendant
SCOTT BRANDENBURG

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-F 05-0278 OWW |
| Plaintiff, | STIPULATION TO CONTINUE |
| vs. | |
| SCOTT BRANDENBURG, | Date: May 22, 2006<br>Time: 1:30 pm |
| Defendant. | |

IT IS HEREBY STIPULATED between the parties through their respective counsel that they jointly request continuance of the status conference, currently scheduled for May 22, 2006, at 1:30 pm, to June 26, 2006, at 1:30 pm.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including, but not limited to, the need for the indicated period

**James R. Homola**
Attorney at Law
2950 Mariposa St
Suite 250
Fresno, CA 93721
(559) 441-7111

of time for effective preparation, pursuant to 18 USC §

3161(h)(8), subsections(A), (B)(i) and (B)(iv).

DATED: May 19, 2006           /S/ James R. Homola
                              JAMES R. HOMOLA
                              Attoney for Defendant
                              SCOTT BRANDENBURG

                              /s/ James R. Homola
                              With consent of
DATED: May 19, 2006           /s/ David L. Gappa
                              DAVID L. GAPPA
                              Asst U.S. Attorney
                              Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED.  Time is hereby excluded, pursuant to 18 USC §

3161(h)(8), subsections(A), (B)(i) and (B)(iv).

DATED:   May 24, 2006         /s/ OLIVER W. WANGER
                              _____
                              UNITED STATES DISTRICT JUDGE

**James R. Homola**
Attorney at Law
2950 Mariposa St
  Suite 250
Fresno, CA 93721
(559) 441-7111

2