```
JAMES R. HOMOLA  #60244
Attorney at Law
2950 Mariposa Street, Ste. 250
Fresno, California 93721
Telephone: (559) 441-7111

Attorney for Defendant
SCOTT BRANDENBURG
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-F 05-0278 OWW |
| Plaintiff, | |
| vs. | DECLARATION AND REQUEST FOR ORDER |
| SCOTT BRANDENBURG, | |
| Defendant. | |

IT IS HEREBY REQUESTED that this Court execute an order directing the government to provide access, for an expert designated by the attorney for Defendant, to computer hardware and/or data storage media alleged to contain unlawful material, or copies thereof adequate to the task of determining specific times and dates that such unlawful material was accessed and recorded, in accordance with the attached declaration of TIM TORIAN.

Counsel asserts by his signature that the requested access and information is reasonably necessary to the preparation of a

**James R. Homola**
Attorney at Law
2950 Mariposa St
Suite 250
Fresno, CA 93721
(559) 441-7111

constitutionally adequate defense in this case.

DATED: August 4, 2006

                              /s/ James R. Homola
                              JAMES R. HOMOLA
                              Attorney for Defendant
                              SCOTT BRANDENBERG

**James R. Homola**
Attorney at Law
2950 Mariposa St
Suite 250
Fresno, CA 93721
(559) 441-7111

```
JAMES R. HOMOLA  #60244
Attorney at Law
2950 Mariposa Street, Ste. 250
Fresno, California 93721
Telephone: (559) 441-7111

Attorney for Defendant
SCOTT BRANDENBURG
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| UNITED STATES OF AMERICA, | CASE NO. CR-F 05-0278 OWW |
|---|---|
| Plaintiff, | |
| vs. | |
| | DECLARATION |
| SCOTT BRANDENBURG, | OF TIM TORIAN |
| Defendant. | |

I, TIM TORIAN, declare:

1.   I am a computer technician consulted by James R. Homola to examine the hard drive/data storage media of the equipment alleged by the government, in this case, to have been used by defendant SCOTT BRANDENBERG to access unlawful material.

2.   The critical focus of my task is to determine the specific

**James R. Homola**
Attorney at Law
2950 Mariposa St
Suite 250
Fresno, CA 93721
(559) 441-7111

3

times when the unlawful materials were accessed, and the files containing and recording them were produced, so as to determine whether Mr. BRANDENBERG can be excluded from participation in the unlawful activity charged.

3.  In order to determine these critical facts, access to the hard drive or drives of the confiscated computer is essential; for this purpose it may not be necessary to access the actual data (photographs, for example) contained in the identified files, as long as the full forensic information about the file, including file name, properties, file structure and all dates associated with the files and the folders in which they are contained, can be examined. Relevant file and folder dates include the dates each file was creation, modified and aceessed. Relevant file and folder properties include type of file, location (full path), size, size on disk, attributes, security settings and auditing flags.

4.  The most effective means by which the required information can be reliably ascertained is by provision of an Encase copy of the drive or drives in question.

5.  The required information cannot be reliably determined without the requested access to the hard drive or drives, or Encase copies thereof.

**James R. Homola**
Attorney at Law
2950 Mariposa St
Suite 250
Fresno, CA 93721
(559) 441-7111

I declare under penalty of perjury of the laws of the State of California that the above is true and correct. Executed this 4th day of August, 2006.

>                    /s/ Tim Torian
>                    TIM TORIAN

**James R. Homola**
Attorney at Law
2950 Mariposa St
Suite 250
Fresno, CA 93721
(559) 441-7111

JAMES R. HOMOLA  #60244
Attorney at Law
2950 Mariposa Street, Ste. 250
Fresno, California 93721
Telephone: (559) 441-7111

Attorney for Defendant
SCOTT BRANDENBURG

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | CASE NO. CR-F 05-0278 OWW |
| vs. | |
| SCOTT BRANDENBURG, | ORDER |
| Defendant. | |

GOOD CAUSE APPEARING THEREFORE, it is hereby ordered that the government and defendant shall consult to reach agreement if they can for providing the defense expert access to the described computer hard drive or drives, or copies thereof adequate to determine the relevant information detailed in the declaration served upon the parties with the request for this order.

If the parties cannot agree this matter shall be recalendared for hearing to resolve the issue of access to the hard-drive. IT IS SO ORDERED.

**Dated:   August 10, 2006**            /s/ Oliver W. Wanger
emm0d6                                  UNITED STATES DISTRICT JUDGE

James R. Homola
Attorney at Law
2950 Mariposa St
Suite 250
Fresno, CA 93721
(559) 441-7111

6