```
 1  JAMES R. HOMOLA #60244
    Attorney at Law
 2  2950 Mariposa, Suite 250
    Fresno, California 93721
 3  Telephone: (559) 441-7111
    FAX: (559) 441-7115
 4
    Attorney for Defendant
 5  SCOTT BRANDENBURG
```



FILED
SEP 1 2 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| UNITED STATES OF AMERICA | Case No. 05-cr-0278 |
|---|---|
| Plaintiff, vs | NOTICE OF WAIVER OF PERSONAL APPEARANCE |
| Scott Brandenburg Defendant. | |

Defendant SCOTT BRANDENBURG hereby waives his right to be present in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to, when the case is ordered set for trial, when a continuance is granted, and when any other action is taken by the Court before or after trial, except upon arraignment, plea, impanelment of jury and imposition of sentence.

Defendant requests the Court to proceed during every absence of his which the Court may permit, pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, James R. Homola, as if Defendant was personally present; and further agrees to be present in person, in court, for trial any day and time the Court may direct.

James R. Homola
Attorney at Law
2950 Mariposa St
Suite 250
Fresno, CA 93721
(559) 441-7111

    Defendant further acknowledges that he has been informed of his rights under the Speedy Trial Act (18 U.S.C. §§ 3161-3174), and authorizes his attorney to set times and approve delays under the Act without the Defendant's physical presence.

Dated: September 7, 2006

/s/ Scott Brandenburg
Scott Brandenburg

Dated: September 7, 2006

/s/ James R. Homola
James R. Homola
Attorney for Defendant

**O R D E R**

IT IS SO ORDERED.

Date: 9-8-06

Honorable O. W. Wanger
Judge, U.S. District Court

James R. Homola
Attorney at Law
2950 Mariposa St
Suite 250
Fresno, CA 93721
(559) 441-7111