Summer McKeivier, Bar # 230605
The Chase Law Group, P.C.
4181 Sunswept Dr., Suite 100
Studio City, California 91604
Telephone: (818) 487-7400
Facsimile:   (818) 487-7414

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:05-cr-00278-OWW |
| Plaintiff, | **STIPULATION TO CONTINUE AND ORDER** |
| vs. | |
| SCOTT BRANDENBURG | |
| Defendant. | |

IT IS HEREBY STIPULATED between the parties through their respective counsel that they jointly request a continuance of the status conference, currently scheduled for April 23, 2007, at 1:30pm, to May 14, 2007, at 9:00am. in Courtroom 3.

The parties agree that the delay resulting from this continuance shall be excluded in the interests of justice, specifically the need for adequate preparation, pursuant to 18 USC §3161(h)(8), subsections (A), (B)(i) and (B)(iv).

DATED: April 17, 2007

               /s/ Summer McKeivier
               SUMMER MCKEIVIER
               Attorney for Defendant
               SCOTT BRANDENBURG

DATED: April 17, 2007       /s/Summer McKeivier

With consent of
/s/ Mark J. McKeon
MARK J. MCKEON
Asst. U.S. Attorney
Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED.  Time is hereby excluded, pursuant to 18 USC §3161(h)(8), subsections (A), (B)(i) and (B)(iv).

IT IS SO ORDERED.

**Dated:   April 19, 2007**              /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE

**STIPULATION TO CONTINUE AND ORDER**