1  Summer McKeivier, Bar # 230605
   The Chase Law Group, P.C.
2  4181 Sunswept Dr., Suite 100
   Studio City, California 91604
3  Telephone: (818) 487-7400
   Facsimile:  (818) 487-7414
4
5
6
7
8               **IN THE UNITED STATES DISTRICT COURT**
9              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10  UNITED STATES OF AMERICA,         ) Case No.  1:05-cr-00278-OWW
                                      )
11         Plaintiff,                 ) **STIPULATION TO CONTINUE**
                                      )
12         vs.                        )
                                      )
13  SCOTT BRANDENBURG                 )
                                      )
14         Defendant.                 )

15       IT IS HEREBY STIPULATED between the parties through their respective counsel that

16  they jointly request a continuance of the plea, currently scheduled for July 23, 2007, at 9:00am,

17  to November 26, 2007, at 9:00am.

18       The defense is requesting and the Government has agreed to put the matter over to allow

19  the defendant to have heart surgery currently scheduled for August 21, 2007 and for twelve (12)

20  weeks of recovery as advised by his cardiac surgeon (see Exhibit A, Note from TARR-WOOD

21  Cardiac Group of Visalia, P.C.)

22       The parties agree that the delay resulting from this continuance shall be excluded in the

23  interests of justice, specifically the need for adequate preparation, pursuant to 18 USC

24  §3161(h)(8), subsections (A), (B)(i) and (B)(iv).

25  DATED: July 16, 2007

26                                      /s/ Summer McKeivier
                                        SUMMER MCKEIVIER
27                                      Attorney for Defendant
                                        SCOTT BRANDENBURG
28

                            1

**STIPULATION TO CONTINUE AND ORDER**

PDF created with pdfFactory trial version www.pdffactory.com

DATED: July 16, 2007                         /s/Summer McKeivier
                                             With consent of
                                             /s/ Mark J. McKeon
                                             MARK J. MCKEON
                                             Asst. U.S. Attorney
                                             Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED.  Time is hereby excluded, pursuant to 18 USC §3161(h)(8), subsections (A), (B)(i) and (B)(iv).

DATED:  7/20/2007                            /s/ Oliver W. Wanger _____
                                             UNITED STATES DISTRICT JUDGE

2

**STIPULATION TO CONTINUE AND ORDER**

PDF created with pdfFactory trial version www.pdffactory.com