1  Summer McKeivier, Bar # 230605
   The Chase Law Group, P.C.
2  4181 Sunswept Dr., Suite 100
   Studio City, California 91604
3  Telephone: (818) 487-7400
   Facsimile:  (818) 487-7414
4

FILED

NOV 2 0 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
            DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 1:05-cr-00278-OWW |
| Plaintiff, | ) STIPULATION TO CONTINUE |
| vs. | ) |
| SCOTT BRANDENBURG | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED between the parties through their respective counsel that they jointly request a continuance of the status conference, currently scheduled for November 26, 2007, at 9:00am, to January 14, 2008, at 9:00am.

The parties agree that the delay resulting from this continuance shall be excluded in the interests of justice, specifically the need to determine the physical capacity of the defendant, pursuant to 18 USC §3161(h)(1)(A). See Attachment "A"

DATED: November 20, 2007

/s/ Summer McKeivier
SUMMER MCKEIVIER
Attorney for Defendant
SCOTT BRANDENBURG

DATED: November 20, 2007

/s/Summer McKeivier
With consent of
/s/ Mark J. McKeon
MARK J. MCKEON
Asst. U.S. Attorney
Attorney for Plaintiff

1

**STIPULATION TO CONTINUE AND ORDER**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

IT IS SO ORDERED. Time is hereby excluded, pursuant to 18 USC §3161(h)(1)(A).

11-20-07

_____
UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE AND ORDER